UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: DEEANN CROWDER

Debtor(s)                                             CASE NO: 22-91167-AKM-13

## NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN

**PLEASE TAKE NOTICE** that the above-mentioned case was confirmed on March 8, 2023.

Dated:    March 10, 2023

/s/ Joseph M. Black, Jr.
Joseph M. Black, Jr.
Chapter 13 Trustee
PO Box 846
Seymour, IN  47274
Phone: (812)524-7211
Fax:    (812)523-8838
Email: jblacktrustee@trustee13.com