UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE:<br><br>DEEANN CROWDER | CASE NO: 22-91167<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 25 |

On 3/10/2023, a copy of the following documents, described below,

Notice of Confirmation of Chapter 13 Plan ECF Docket Reference No. 25

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/10/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Chapter 13 Standing Trustee
Joseph M. Black
PO Box 846
Seymour, IN  47274

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.
CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING      AMAZONSYNCHRONY BANK                 ANN TAYLORCOMENITY BANK
NCRS ADDRESS DOWNLOAD                  BANKRUPTCY DEPT                      BANKRUPTCY DEPT
CASE 22-91167                          PO BOX 965060                        PO BOX 182125
SOUTHERN DISTRICT OF INDIANA           ORLANDO   FL 32896-5060              COLUMBUS   OH 43218-2125
FRI MAR 10 11-15-22 PST 2023


BANANA REPUBLICSYNCHRONY BANK          CAPITAL ONE BANK (USA)  NA           CAPITAL ONE BANK (USA)  NA
PO BOX 965003                          BANKRUPTY DEPT                       CO ALLIANCEONE RECEIVABLES MANAGEMENT
ORLANDO   FL 32896-5003                PO BOX 30285                         4850 STREET RD  SUITE 300
                                       SALT LAKE CITY   UT 84130-0285       FEASTERVILLE TREVOSE   PA 19053-6643


CAPITAL ONE SERVICES  LLC              CARE CREDITSYNCHRONY BANK            CARSONSCOMENITY BANK
BANKRUPTY DEPT                         BANKRUPTCY DEPT                      BANKRUPTCY DEPT
PO BOX 30285                           PO BOX 965061                        PO BOX 182125
SALT LAKE CITY   UT 84130-0285         ORLANDO   FL 32896-5061              COLUMBUS   OH 43218-2125


CAVALRY SPV I  LLC                     CHARLES CROWDER                      CRANE CREDIT UNION
BASS  ASSOCIATES   PC                  9228 W CO RD 25 S                    1 WEST GATE DRIVE
3936 E FT LOWELL ROAD  SUITE 200       FRENCH LICK  IN 47432                ODON  IN 47562-5617
TUCSON  AZ 85712-1083

                                       EXCLUDE                              EXCLUDE
CRANE CREDIT UNION                     (D)(P)ORANGE COUNTY TREASURER        (D)MARINER FINANCE  LLC
1201 JAMES AVE                         ATTN BILLIE DEEL                     8211 TOWN CENTER DR
BEDFORD  IN 47421-6102                 205 E MAIN STREET SUITE 2            NOTTINGHAM  MD 21236-5904
                                       PAOLI IN 47454-1598

DEBTOR
DEEANN CROWDER                         DELL FINANCIAL SERVICES  LLC         DIRECT TV
PO BOX 203                             CO VALENTINE  KEBARTAS  LLC          CO RECEIVABLE MANAGEMENT SERVICES
FRENCH LICK  IN 47432-0203             PO BOX 325                           PO BOX 523
                                       LAWRENCE  MA 01842-0625              RICHFIELD  OH 44286-0523


DIRECT TVATT                           FRENCH LICK RESORT                   FRENCH LICK REVOLVING LOAN
CO AFNI  INC                           CO TRS RECOVERY SERVICES  INC        TOWN OF FRENCH LICK
PO BOX 3517                            14141 SW FREEWAY                     7959 W HUNTERS RUN DR
BLOOMINGTON   IL 61702-3517            SUGAR LAND  TX 77478-3493            FRENCH LICK  IN 47432-8315


GAPSYNCHRONY BANK                      GARY D ALLEN                         GARY D ALLEN  PC
PO BOX 965003                          115 E SPRING ST STE 325              ATTORNEY AT LAW
ORLANDO   FL 32896-5003                NEW ALBANY  IN 47150-3436            115 E SPRING ST  SUITE 325
                                                                            NEW ALBANY  IN 47150-3436


GATEHOUSE MEDIA INDIANA                HELIX TECHNOLOGIES  INC              HOOSIER HILLS CREDIT UNION
CO CREDIT MEDIATORS INC                8550 MAIN ST                         630 LINCOLN AVE
PO BOX 456                             FRENCH LICK  IN 47432-1051           BEDFORD  IN 47421-2197
UPPER DARBY  PA 19082-0456
```

Case 22-91167-AKM-13   Doc 26   Filed 03/10/23   EOD 03/10/23 15:28:01   Pg 3 of 4

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| INDIANA DEPT OF REVENUE<br>BANKRUPTCY DEPT<br>100 N SENATE AVE  ROOM N203<br>INDIANAPOLIS  IN 46204-2217 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | EXCLUDE<br>~~JOSEPH M BLACK JR~~<br>~~OFFICE OF JOSEPH M BLACK  JR~~<br>~~PO BOX 846~~<br>~~SEYMOUR  IN 47274-0846~~ |
| JUSTICECAPITAL ONE RETAIL SERVICES<br>PO BOX 30258<br>SALT LAKE CITY  UT 84130-0258 | LOAN ME  INC<br>1900 S STATE COLLEGE BLVD  SUITE 300<br>ANAHEIM  CA 92806-6152 | MARATHONCOMENITY BANK<br>BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 |
| MARINER FINANCE<br>SOUTHGATE CENTER<br>351 US 231<br>JASPER  IN 47546-3299 | MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM  MD 21236-5904 | MIDLAND CREDIT MANAGEMENT  INC<br>PO BOX 2037<br>WARREN MI 48090-2037 |
| OLD NAVYSYCHRONY BANK<br>BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | (P)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | (P)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 |
| (P)ORANGE COUNTY TREASURER<br>ATTN BILLIE DEEL<br>205 E MAIN STREET SUITE 2<br>PAOLI IN 47454-1598 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (P)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| PAYPAL CREDIT SERVICESSYNCHRONY BANK<br>BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | PAYPAL CREDITSYNCHRONY BANK<br>PO BOX 960006<br>ORLANDO  FL 32896-0006 | PAYPALSYNCHRONY BANK<br>BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 |
| PETOSKY NEWSREVIEW<br>CO CREDITOR MEDIATORS INC<br>PO BOX 28851<br>PHILADELPHIA  PA 19151-0851 | PRA RECEIVABLES MANAGEMENT  LLC<br>PO BOX 41021<br>NORFOLK  VA 23541-1021 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND  WA 98083-0788 |
| SPRINGLEAF FINANCIAL<br>PO BOX 64<br>EVANSVILLE  IN 47701-0064 | STAPLES<br>PO BOX 6403<br>SIOUX FALLS  SD 57117-6403 | SYNCHRONY BANK<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 4457<br>HOUSTON  TX 77210-4457 |
| TARGET<br>3901 W 53RD ST<br>SIOUX FALLS  SD 57106-4216 | TARGET<br>PO BOX 9500<br>MINNEAPOLIS  MN 55440-9500 | THE CHILDRENS PLACE<br>PO BOX 6403<br>SIOUX FALLS  SD 57117-6403 |

```
USPS FIRST CLASS MAILING RECIPIENTS.
Parties whose names are struck through were not served via First Class USPS Mail Service.
```

~~EXCLUDE~~
~~(U)US BANK TRUST NATIONAL ASSOCIATION AS TRU~~

US ATTORNEYS OFFICE
10 W MARKET ST STE 2100
INDIANAPOLIS IN 46204-1986

US BANK TRUST  NA
CO GHIDOTTI BERGER  LLP
1920 OLD TUSTIN AVE
SANTA ANA  CA 92705-7811

US BANK TRUST  NA
CO SN SERVICING CORPORATION
323 5TH ST
EUREKA  CA 95501-0305

US BANK TRUST NATIONAL ASSOCIATION  AS TRUSTEE OF THE BUNGALOW SERIES IV TRUST
CO SN SERVICING CORPORATION
323 FIFTH STREET
EUREKA  CA 95501-0305

US DEPARTMENT OF EDUCATION
PO BOX 16448
ST PAUL  MN 55116-0448

US DEPT OF EDUCATIONSLATL
PO BOX 5609
GREENVILLE  TX 75403-5609

~~EXCLUDE~~
~~US TRUSTEE~~
~~OFFICE OF US TRUSTEE~~
~~46 E OHIO STREET  ROOM 520~~
~~INDIANAPOLIS  IN 46204-1907~~

VICTORIAS SECRETCOMENITY BANK
BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS  OH 43218-2125

WALMARTSYNCHRONY BANK
BANKRUPTCY DEPT
PO BOX 965060
ORLANDO  FL 32896-5060

WFLQFM
PO BOX 100
FRENCH LICK  IN 47432-0100